IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV
2294 Lighthouse Lane
Connolly Springs, North Carolina  28612

    Petitioner

v.

TERRESSA HATCHETT
14424 Tracy Char Lane
Centreville, Virginia  20121

Serve on:

William B. Young, Jr., Esq.
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida  32751

and

FINRA[1]
1735 K Street, N.W.
Washington, D.C.  20006

    Respondents

Civil Action No.:

## NOTICE OF FILING TO CONFIRM ARBITRATION AWARD

TO:    William B. Young, Jr., Esq.
    Colling, Gilbert, Wright & Carter
    2301 Maitland Center Parkway, Suite 240
    Maitland, Florida  32751

    and

    FINRA
    B.G. Brooks, Esq.
    Terri Reicher, Esq.
    1735 K Street, N.W.

---

[1] FINRA, the Financial Industry Regulatory Authority, was formerly known as the National Association of Securities Dealers ("NASD").

1

Washington, D.C. 20006

Please take notice that on this 15th day of February 2008, a civil action to confirm an arbitration award was filed in the United States District Court for the District of Columbia. Any subsequent filings in the matter should be filed electronically.

Respectfully submitted,

George S. Mahaffey Jr., Esq. (#MD15083)
Jeffrey J. Hines, Esq. (#406090)
Christopher Corchiarino, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040

Richard J. Magid, Esq.
Whiteford, Taylor & Preston, LLP
7 Saint Paul Street
15th Floor
Baltimore, MD 21202-1697
(410) 347-8716

*Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this /15TH/ of February 2008, a copy of the foregoing was sent via first class mail to the following:

B.G. Brooks, Esquire
Terri Reicher, Esquire
FINRA
1735 K Street, N.W.
Washington, D.C. 20006
*Counsel for FINRA*

William B. Young, Jr., Esquire
Colling, Gilbert, Wright & Carter
2301 Maitland Center Parkway, Suite 240
Maitland, Florida 32751
*Counsel for the Respondent Hatchett*

_____
George S. Mahaffey Jr.

**4814-3383-3730**