# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV

    Petitioner

v.

TERRESSA HATCHETT

and

FINRA

    Respondents

Civil Action No.: 1:08-cv-00291-RJL

## ENTRY OF APPEARANCE

Dear Clerk:

    Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority, Inc. ("FINRA"), as counsel for the defendant, FINRA, in the above-captioned case.

    Respectfully submitted,

/s/
Betty G. Brooks, D.C. Bar No. 414299
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8288

Attorney for Defendant,
Financial Industry Regulatory
Authority, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of March, 2008, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

>Richard J. Magid
>Whiteford, Taylor & Preston
>7 Saint Paul Street
>Baltimore, MD  21202
>
>George S, Mahaffey
>Goodell, DeVries, Leech & Dann, L.L.P.
>One South Street, 20th Floor
>Baltimore, MD  21202
>
>and
>
>William B. Young, Jr.
>Colling, Gilbert, Wright & Carter
>801 N. Orange Avenue, Suite 830
>Orlando, FL  32801

.                                              /s/_____
                                               Betty G. Brooks