IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 25 2008

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

JOSEPH R. KARSNER, IV

　　Petitioner

v.

TERRESSA HATCHETT, ET AL.

　　Respondents

Civil Action No.: 1:08-cv-291
RJL

## ORDER

Having considered the Joint Motion To Stay All Proceedings, it is this 23rd day of March 2008, hereby: **ORDERED** that Joint Motion To Stay All Proceedings shall be and is **GRANTED** and that all proceedings in this case should be stayed pending the resolution of the appeal in the matter styled *Karsner v. Lothian et al.*, 1:2007cv00334 (RJL).

　　　　　　　　　　　　　　　　　　Richard J. Leon: Judge, United States
　　　　　　　　　　　　　　　　　　District Court for the District of Columbia